# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:16 cr 41

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| V | ) | **ORDER** |
| | ) | |
| DONALD C. KORNSE, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Derrick R. Bailey's Application for Admission to Practice *Pro Hac Vice* of Chris J. Mancini. It appearing that Chris J. Mancini is a member in good standing with the Florida State Bar and will be appearing with Derrick R. Bailey, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorneys seeking admission has been provided, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Application for Admission to Practice *Pro Hac Vice* (#10) is **GRANTED**, and that Chris J. Mancini is

**ADMITTED** to practice, *pro hac vice*, before the Bar of this Court while associated with Derrick R. Bailey.

Signed: April 19, 2016

Dennis L. Howell
United States Magistrate Judge