IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16 cr 41

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| DONALD KORNSE. ) | |
| ) | |

**THIS MATTER** has come before the undersigned pursuant to a *pro se* Motion to Dismiss Counsel (#30) filed by Defendant requesting that his counsel withdraw as his attorney and an additional document (#35) requesting that same relief. Counsel for the Defendant, Chris Mancini and Derrick Bailey, have responded to the motions (#31) and counsel requests the entry of an order granting the Defendant's motions and allowing Mr. Mancini and Mr. Bailey to withdraw from further representation of the Defendant.

At the call of this matter on for hearing, Defendant was present with his counsel, Mr. Mancini and Mr. Bailey. An examination of the records in this cause shows that Mr. Mancini and Mr. Bailey were retained either by Defendant or on Defendant's behalf to represent Defendant in this matter. As a result, Defendant can discharge his counsel as long as such has been approved by the Court and does not affect the calendaring of the proceedings in this matter. It appears that the trial of

1

this case is set for October 31, 2016 and there is sufficient time for substitute counsel to be obtained to represent Defendant in this matter. As a result, the motions of Defendant, consented to by counsel, will be allowed.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the *pro se* Motion to Dismiss (#30) and *pro se* Motion to Remove Counsel (#35) are hereby **ALLOWED** and attorney Chris Mancini and attorney Derrick Bailey are allowed to withdraw as counsel of record for the Defendant in this matter.

Signed: September 1, 2016

Dennis L. Howell
United States Magistrate Judge