# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16 cr 41

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| **DONALD KORNSE.** ) | |
| _____ ) | |

**THIS MATTER** has come before the undersigned pursuant to a letter sent by Defendant's mother, Diane Kornse, entitled, "To: Whom it May Concern" (#39). In the letter, Defendant's mother requests that the Court provide her with a copy of a sealed document. The request of Defendant's mother will be denied.

First of all, Defendant's mother has no standing to present any motion in this case. She is not a party, nor an attorney representing Defendant. Secondly, the document sought by Defendant's mother is a sealed record as is set forth in LCrR 55.1. Pursuant to that Rule, Defendant's mother does not have the right to access the document. Finally, the document requested by Defendant's mother concerns confidential information concerning the Defendant and this Court will not breach Defendant's confidentially.

1

# ORDER

**IT IS, THEREFORE, ORDERED** that the letter (#39) of Diane Kornse is **DENIED.**

Signed: September 1, 2016

Dennis L. Howell
United States Magistrate Judge