# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16 cr 41

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| DONALD KORNSE. ) | |
| _____ ) | |

**THIS MATTER** has come before the undersigned pursuant to a Motion for Release from Custody (#57) filed by counsel for Defendant. At the call of this matter on for hearing it appeared that Defendant was present with his attorney Fredilyn Sison and the Government was present through AUSA John Pritchard. At the call of this matter on for hearing, counsel for the parties advised the Court that the Government did not object to the release of Defendant based upon the reasons stated in his motion.

After hearing evidence from the proposed custodian for the Defendant, and based upon the findings made by the undersigned, as shall appear of record, the undersigned determined to enter an Order releasing Defendant on terms and conditions of presentence release.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Motion for Release From Custody (#57) is **ALLOWED** and Defendant is released on terms and conditions of presentence release as set forth in those documents.

Signed: November 8, 2016

Dennis L. Howell
United States Magistrate Judge